UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 09-21323
) (Jointly Administered)
AMTRUST FINANCIAL CORPORATION, )
et al., ) Chapter 11
)
Debtors. ) Judge Pat E. Morgenstern-Clarren
)
) **ORDER**

On January 26, 2010, the court administratively granted the debtors' motion and entered an order under bankruptcy rule 2004 directing the examination of New York Community Bank (the bank) and the production of documents. (Docket 167). The order was entered under Administrative Order 06-2. That order provides that "[a]ny party adversely affected by an order so entered shall be entitled to reconsideration . . . if, within ten days after service of notice of entry of the order, such party files a written motion for reconsideration stating the grounds." Motions for reconsideration are usually considered on the papers submitted. *Id.*

On January 27, 2010, the bank filed a motion for reconsideration[1] and a motion to expedite hearing on that motion. (Docket 169, 170). The bank's motion states good cause for reconsideration and it is, therefore, granted. On reconsideration, the order for examination and production of documents is vacated and the debtors' motion for rule 2004 examination will be heard on **February 11, 2010** at 10:30 a.m. The parties are to meet and attempt to resolve this

---

[1] The motion was captioned as a motion to vacate the order, or in the alternative, for protective order.

matter prior to the hearing and are to file a joint statement by **February 8, 2010** which sets forth any unresolved issues. The bank's motion for expedited hearing is denied as being moot.

    IT IS SO ORDERED.

                                          _/s/ Pat E. Morgenstern-Clarren_
                                          Pat E. Morgenstern-Clarren
                                          United States Bankruptcy Judge