UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMFIN FINANCIAL CORPORATION, et al.,[1] | ) Case No. 09-21323 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Judge Pat Morgenstern-Clarren |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of each of the foregoing *(1) Motion Of the Debtors For An Order (A) Approving Proposed Sale Procedures, (B) Authorizing AmFin Real Estate Investments, Inc. To Sell Certain Assets To Harbor Group International, LLC Free And Clear Of Liens, Claims, And Encumbrances, (C) Approving The Employment Of Hilco Real Estate LLC, Pursuant To 11 U.S.C. § 327 (D) Waiving The Bankruptcy Rule 6004(H) 14-Day Stay, And (E) Waiving The Local Bankruptcy Rule 9013-2 Memorandum Requirement; (2) Notice of Motion Of the Debtors For An Order (A) Approving Proposed Sale Procedures, (B) Authorizing AmFin Real Estate Investments, Inc. To Sell Certain Assets To Harbor Group International, LLC Free And Clear Of Liens, Claims, And Encumbrances, (C) Approving The Employment Of Hilco Real Estate LLC, Pursuant To 11 U.S.C. § 327 (D) Waiving The Bankruptcy Rule 6004(H) 14-Day Stay, And (E) Waiving The Local Bankruptcy Rule 9013-2 Memorandum Requirement; and (3) Notice of Errata Regarding Motion Of the Debtors For An*

---

[1] The Debtors are: AmTrust Financial Corporation nka AmFin Financial Corporation (Case No. 09-21323), AmTrust Real Estate Investments, Inc. nka AmFin Real Estate Investments, Inc., (Case No. 09-21328), AmTrust Insurance Agency, Inc. nka AmFin Insurance Agency, Inc. (Case No. 09-09-21325), AmTrust Investments Inc. nka AmFin Investments Inc. (Case No. 09-21331), AmTrust Properties Inc. nka AmFin Properties Inc. (Case No. 09-21329) and AmTrust Management Inc. nka AmFin Management Inc. (Case No. 09-21332).

*Order (A) Approving Proposed Sale Procedures, (B) Authorizing AmFin Real Estate Investments, Inc. To Sell Certain Assets To Harbor Group International, LLC Free And Clear Of Liens, Claims, And Encumbrances, (C) Approving The Employment Of Hilco Real Estate LLC, Pursuant To 11 U.S.C. § 327 (D) Waiving The Bankruptcy Rule 6004(H) 14-Day Stay, And (E) Waiving The Local Bankruptcy Rule 9013-2 Memorandum Requirement* was served through the Court's ECF system on March 29, 2011, or by the first class U.S. Mail service to the persons on the attached Service List on this 30th day of March, 2011.

/s/ Thomas W. Coffey

## SERVICE LIST

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who were served by the Court's electronic noticing system on March 29, 2011:

- Sherri Lynn Dahl — sdahl@ssd.com, cle_dckt@ssd.com
- Eric R. Goodman — egoodman@bakerlaw.com
- G. Christopher Meyer — cmeyer@ssd.com, abell@ssd.com, cle_dckt@ssd.com
- Tiiara N. A. Patton — tpatton@calfee.com
- Christine M. Pierpont — cpierpont@ssd.com, cle_dckt@ssd.com
- Victoria E. Powers — vpowers@ssd.com
- John Winship Read — Jwread@vorys.com, hhroscoe@vory.com
- Jean R. Robertson — jrobertson@calfee.com
- Scott D. Simpkins — sdsimp@climacolaw.com

- Stuart A. Laven, Jr.     slaven@beneschlaw.com
- Katherine Constantine     Constantine.katherine@dorsey.com
- Saul Eisen     seisen@westonhurd.com

The following is the list of parties who are not on the list to receive e-mail notices/services for this case and who were served by United States Mail, postage prepaid this 30th day of March, 2011:

| | | |
|---|---|---|
| United States Securities and Exchange Commission<br>Attn Bankruptcy Department<br>100 F Street NE<br>Washington, DC 20549 | The Huntington National Bnk as Trustee for The City of Cleveland, Ohio<br>The Huntington National Bank<br>917 Euclid Avenue, CM 23<br>Cleveland, OH<br>Attn: Corporate Trust Department | Bank of NY Mellon<br>Trustee of Ohio Savings, Capital Trust I<br>The Bank of New York Trustee c/o BNY Midwest Trust Company<br>Two LaSalle Street, Suite 1020<br>Chicago, IL 60602 |
| Lawrence E. Oscar, Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 | Attorney General's Office Arizona<br>Attn Enforcement Section<br>Department of Law<br>1275 W. Washington Street<br>Phoenix, AZ 85007 | Attorney General's Office Florida<br>Attn Enforcement Section<br>PL 01 The Capitol<br>400 S Monroe Street<br>Tallahassee, Florida 32399 |
| Attorney General's Office Ohio<br>Attn: Enforcement Section<br>150 E Gay Street, 21st Floor<br>Columbus, OH 43215 | Cede & Co, Nominee of the Depository Trust Company<br>Attn: Bankruptcy Department<br>55 Water Street, 1st Floor South<br>New York, NY 10041 | City of Cleveland<br>Attn: Bankruptcy Department<br>601 Lakeside Avenue<br>Cleveland, OH 44114 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>11601 Roosevelt Blvd.<br>Mail Drop N781<br>Philadelphia, PA 19255 | Federal Deposit Insurance Corp<br>Attn: Bankruptcy Department<br>1776 F Street NW<br>Washington, DC 20006 | The Bank of New York Mellon<br>Attn: Trustee Amtrust Sr Notes<br>One Mellon Street<br>New York, NY 10286 |
| Department of Revenue Arizona<br>Attn: Bankruptcy Department<br>1600 West Monroe<br>Phoenix, AZ 85007 | Dept. of Taxation Bankruptcy Division<br>Attn: Bankruptcy Department<br>30 East Broad Street, 23rd Floor<br>Columbus, OH 43215 | Florida Dept of Revenue General Tax Admin.<br>Attn: Bankruptcy Department<br>1379 Blountstown Highway<br>Tallahassee, FL 32304 |

                         /s/ *Thomas W. Coffey*