UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: <br><br> AMFIN FINANCIAL CORPORATION, *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 09-21323 <br> ) (Jointly Administered) <br> ) <br> ) Judge Pat Morgenstern-Clarren <br> ) <br> ) <br> ) |

## NOTICE OF SALE MOTION, HEARING, AUCTION AND SALE PROCEDURES FOR SALE OF ASSETS OF THE DEBTORS

**PLEASE TAKE NOTICE THAT** the above-captioned debtors propose to sell a portion of their assets in a transaction more fully described in the Sale Motion (defined below), Docket No. 967.

**NOTICE IS FURTHER HEREBY GIVEN THAT** on March 29, 2011, the above captioned debtors and debtors in possession (the "Debtors") filed the Motion of the Seller for an Order (A) Approving the Proposed Sale Procedures, (B) Authorizing AmFin Real Estate Investments, Inc. to Sell Certain Assets To Harbor Group International LLC Free and Clear of Liens, Claims, Interests, and Encumbrances, (C) Approving the Employment of Hilco Real Estate, LLC, Pursuant to 11 U.S.C. §327(D) Waiving the Rule 6004(g) 14-Day Stay, And (E) Waiving the Local Bankruptcy Rule 9013-2 Memorandum Requirement (the "Sale Motion").

**NOTICE IS FURTHER HEREBY GIVEN THAT** on April 27, 2011, the United States Bankruptcy Court for the Northern District of Ohio (the "Court") entered an order, Docket No.996, granting the sale procedures portion of the Sale Motion (the "Sale Procedures Order"). The Sale Procedures Order approves certain bidding and auction procedures (the "Sale Procedures") pursuant to which the Debtors will review competing bids and seek authority to sell a portion of their assets (the "Property"), and approves certain buyer protections in connection with the sale of the Property (the "Sale") that are the subject of the Sale Motion. Capitalized terms that are not defined in this Notice shall have the same meaning as set forth in the Sale Motion.

---

[1] The Debtors are: AmTrust Financial Corporation nka AmFin Financial Corporation (Case No. 09-21323), AmTrust Real Estate Investments, Inc. nka AmFin Real Estate Investments, Inc., (Case No. 09-21328), AmTrust Insurance Agency, Inc. nka AmFin Insurance Agency, Inc. (Case No. 09-21325), AmTrust Investments Inc. nka AmFin Investments Inc. (Case No. 09-21331), AmTrust Properties Inc. nka AmFin Properties Inc. (Case No. 09-21329) and AmTrust Management Inc. nka AmFin Management Inc. (Case No. 09-21332).

**NOTICE IS FURTHER HEREBY GIVEN THAT** copies of the Sale Motion, Sale Procedures Order and Real Estate Purchase Agreement are on file with the Clerk of the Court and may be viewed on-line at https://ecf.ohnb.uscourts.gov, www.kccllc.net/AmTrust, or obtained by contacting Glenn E. Morrical, Tucker Ellis & West LLP, 1150 Huntington Building, 925 Euclid Avenue, Cleveland, Ohio 44115, gmorrical@tuckerellis.com.

**NOTICE IS FURTHER HEREBY GIVEN THAT** any party seeking to submit a bid and become a Qualified Bidder must submit such bid in conformity with the Sale Procedures and deliver it to the following parties no later than June 20, 2011, 5:00 p.m. Eastern Time: (i) counsel for the Debtors, Glenn E. Morrical, Tucker Ellis & West LLP, 1150 Huntington Building, 925 Euclid Avenue, Cleveland, Ohio 44115, gmorrical@tuckerellis.com (ii) counsel for the Purchaser, Lawrence Bryant, Williams Mullen, Dominion Tower, Suite 1700, 999 Waterside Drive, Norfolk, VA 23510, lbryant@williamsmullen.com; (iii) counsel for the Official Committee of Unsecured Creditors (the "Committee"), Daniel A. DeMarco, Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114, dademarco@hahnlaw.com.

**NOTICE IS FURTHER HEREBY GIVEN THAT** the Auction contemplated by the Sale Procedures is scheduled for June 22, 2011 at 10:00 a.m. Eastern Time at Tucker Ellis & West LLP 1150 Huntington Building, 925 Euclid Avenue, Cleveland, Ohio 44115.

**NOTICE IS FURTHER HEREBY GIVEN THAT** the Sale Procedures, including instructions for submission of Qualified Bids, govern participation in the Auction and can be obtained from the website or entity set forth above.

**NOTICE IS FURTHER HEREBY GIVEN THAT** the hearing to consider approval of the Sale Motion and the Sale of the Property to the bidder submitting the highest or best offer thereto at the Auction shall be held on June 23, 2011 at 10:30 a.m. Eastern Time (the "Sale Hearing"), at the United States Bankruptcy Court for the Northern District of Ohio, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114. Objections to the Sale Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules and orders of this Court, shall set forth (i) the nature of the objector's claims against or interests in the Debtors' estates; (ii) the basis for the objection, (iii) the specific grounds therefor, and (iv) all evidence in support of said objection, and shall be filed and served so as to be received on or before June 22, 2011, at 4:00 p.m. Eastern Time, by (i) counsel for the Debtors, Glenn E. Morrical, Tucker Ellis & West LLP, 1150 Huntington Building, 925 Euclid Avenue, Cleveland, Ohio 44115, gmorrical@tuckerellis.com, (ii) counsel for the Purchaser, Lawrence Bryant, Dominion Tower, Suite 1700, 999 Waterside Drive, Norfolk, VA 23510, lbryant@williamsmullen.com and (iii) counsel for the Official Committee of Unsecured Creditors, Daniel A. DeMarco, Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114, dad@hahnlaw.com and (iv) all parties requesting service of notice and other pleadings in this chapter 11 case. Any person that does not comply with this paragraph shall not be heard at the Sale Hearing. If the Purchaser or any Successful Bidder objects to the Debtors' determination of a Qualified Bid as a higher or better bid for the Property, the sole and exclusive remedy of such Qualified Bidder shall be to bid under protest at the Auction and, upon compliance with this paragraph, have standing at the Sale Hearing to contest the Debtors' determination.

**NOTICE IS FURTHER HEREBY GIVEN THAT** any inquiries regarding information contained in this Notice should be directed to Glenn E. Morrical, Tucker Ellis & West LLP, 1150 Huntington Building, 925 Euclid Avenue, Cleveland, Ohio 44115, gmorrical@tuckerellis.com.

Dated: April 29, 2011

Respectfully submitted,
TUCKER ELLIS & WEST LLP

/s/ *Thomas W. Coffey*
Glenn E. Morrical (Ohio 0013070)
Thomas W. Coffey (Ohio 0046877)
Scott J. Kelly (Ohio 0069835)
1150 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
E-mail: gmorrical@tuckerellis.com
E-mail: tcoffey@tuckerellis.com
E-mail: skelly@tuckerellis.com

SPECIAL COUNSEL FOR DEBTORS