**This document was signed electronically on June 09, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: June 09, 2011**

_____
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **AMFIN FINANCIAL CORPORATION,** *et al.*[1] | ) Case No. 09-21323 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Judge Pat Morgenstern-Clarren |

### ORDER GRANTING EX PARTE EXPEDITED MOTION
### OF THE DEBTORS SEEKING CANCELLATION
### OF DISCLOSURE STATEMENT HEARING SCHEDULED FOR JUNE 10, 2011

This matter came before the Court on the Ex Parte Expedited Motion of the Debtors Seeking Cancellation of Disclosure Statement Hearing Scheduled for June 10, 2011, filed by the above-captioned debtors (the "Debtors") on June 9, 2011 [Docket No. 1043] (the "Motion")[2]; the

---

[1] The Debtors are: AmTrust Financial Corporation nka AmFin Financial Corporation (Case No. 09-21323), AmTrust Real Estate Investments, Inc. nka AmFin Real Estate Investments, Inc., (Case No. 09-21328), AmTrust Insurance Agency, Inc. nka AmFin Insurance Agency, Inc. (Case No. 09-21325), AmTrust Investments Inc. nka AmFin Investments Inc. (Case No. 09-21331), AmTrust Properties Inc. nka AmFin Properties Inc. (Case No. 09-21329) and AmTrust Management Inc. nka AmFin Management Inc. (Case No. 09-21332).

[2] Capitalized terms not otherwise defined herein shall have the meanings assigned to such terms in the Motion.

Court having reviewed the Motion and having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper in this district pursuant to 28 U.S.C. § 1409; (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b); after due deliberation the Court having determined that the relief requested in the Motion is necessary and essential to these chapter 11 proceedings, and that such relief is in the best interest of the Debtors, their estates and their creditors; and good and sufficient cause for such relief has been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.
2. The Disclosure Statement Hearing scheduled for June 10, 2011 is cancelled.

### 

Prepared by

COUNSEL FOR THE DEBTORS

SQUIRE, SANDERS & DEMPSEY (US) LLP

 */s/ Sherri L. Dahl*
G. Christopher Meyer  (Ohio 0016268)
Sherri L. Dahl (Ohio 0073621)
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
E-mail:   christopher.meyer@ssd.com
E-mail:   sherri.dahl@ssd.com

  And

Stephen D. Lerner (Ohio 0051284)
221 E. Fourth Street, Suite 2900
Cincinnati, OH  45202
Telephone:  (513) 361-1200
Facsimile:  (513) 361-1201
E-mail:  stephen.lerner@ssd.com