# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMFIN FINANCIAL CORPORATION, *et al.*,[1] | ) Case No. 09-21323 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Judge Pat Morgenstern-Clarren |
| | ) |

## NOTICE OF DEBTORS' FILING OF EXHIBITS TO AMENDED JOINT PLAN OF REORGANIZATION AND AMENDED DISCLOSURE STATEMENT IN SUPPORT OF AMFIN FINANCIAL CORPORATION, ET AL., AMENDED JOINT PLAN OF REORGANIZATION

On May 20, 2011, the above captioned debtors (the "Debtors") filed their Amended Joint Plan of Reorganization (the "Amended Plan") and the Amended Disclosure Statement in Support of AmFin Financial Corporation, et al., Amended Joint Plan of Reorganization (the "Amended Disclosure Statement"). Attached to this Notice are copies (i) Exhibit B to the Amended Plan (Voting Trust Agreement), (ii) Exhibit E to the Amended Plan (Executory Contracts), (iii) Exhibit F to the Amended Plan (Amended AFC Articles and Code of Regulations), (iv) Exhibit 2 to the Amended Disclosure Statement (Liquidation Analysis) and (ii) Exhibit 3 to the Amended Disclosure Statement (Financial Projections).

**PLEASE TAKE NOTICE,** that this notice is not a solicitation of acceptances or rejections of the Amended Plan. Acceptances and rejections may not be solicited unless and until the Amended Disclosure Statement is approved pursuant to an order of the Court.

**PLEASE TAKE FURTHER NOTICE,** that the Amended Disclosure Statement and the Amended Plan are on file with the Clerk of the Bankruptcy Court, and may be examined by any interested party at the Clerk's office at any time during regular business hours. Copies of such materials may be obtained by submitting a written request to the counsel for the Debtors or to Debtors' Voting Agent: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, or accessed electronically at www.kccllc.net/AmTrust.

---

[1] The Debtors are: AmTrust Financial Corporation nka AmFin Financial Corporation (Case No. 09-21323), AmTrust Real Estate Investments, Inc. nka AmFin Real Estate Investments, Inc., (Case No. 09-21328), AmTrust Insurance Agency, Inc. nka AmFin Insurance Agency, Inc. (Case No. 09-21325), AmTrust Investments Inc. nka AmFin Investments Inc. (Case No. 09-21331), AmTrust Properties Inc. nka AmFin Properties Inc. (Case No. 09-21329) and AmTrust Management Inc. nka AmFin Management Inc. (Case No. 09-21332).

**PLEASE TAKE FURTHER NOTICE,** that the Debtors reserve the right to further amend and/or modify the Amended Disclosure Statement or the Amended Plan as provided therein or otherwise pursuant to the Bankruptcy Code and the Rules Procedure, at any time prior to the Bankruptcy Court's entry of orders approving the Amended Disclosure Statement and confirming the Amended Plan.

Dated: June 16, 2011

Respectfully submitted,
SQUIRE, SANDERS & DEMPSEY (US) L.L.P.

 */s/ G. Christopher Meyer*
G. Christopher Meyer (Ohio 0016268)
Sherri L. Dahl (Ohio 0073621)
Peter R. Morrison (Ohio 0085127)
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
E-mail: christopher.meyer@ssd.com
E-mail: sherri.dahl@ssd.com
Email: peter.morrison@ssd.com

And

Stephen D. Lerner (Ohio 0051284)
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201
E-mail: stephen.lerner@ssd.com

COUNSEL FOR DEBTORS