UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMFIN FINANCIAL CORPORATION, *et al.*,[1] | ) Case No. 09-21323 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Judge Pat Morgenstern-Clarren |

### DEBTORS' NOTICE OF AMENDED SCHEDULE F FOR
### AMTRUST PROPERTIES INC. NKA AMFIN PROPERTIES INC.

The above-captioned debtors (collectively, the "Debtors") hereby amend Schedule F for AmTrust Properties Inc. nka AmFin Properties Inc., case no. 09-21329, which is jointly administered with this case. Amended Schedule F, attached hereto as Exhibit A, revises the Schedule F filed at docket no. 205.

Date: June 22, 2011        Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY (US) LLP

 */s/ Sherri L. Dahl* _____
G. Christopher Meyer (Ohio 0016268)
Sherri L. Dahl (Ohio 0073621)
Peter R. Morrison (0085127)
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1304
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
E-mail: christopher.meyer@ssd.com
E-mail: sherri.dahl@ssd.com
E-mail: peter.morrison@ssd.com

And

Stephen D. Lerner (Ohio 0051284)
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201
E-mail: stephen.lerner@ssd.com

Counsel for the Debtors

---

[1] The Debtors are: AmTrust Financial Corporation nka AmFin Financial Corporation (Case No. 09-21323), AmTrust Real Estate Investments, Inc. nka AmFin Real Estate Investments, Inc., (Case No. 09-21328), AmTrust Insurance Agency, Inc. nka AmFin Insurance Agency, Inc. (Case No. 09-21325), AmTrust Investments Inc. nka AmFin Investments Inc. (Case No. 09-21331), AmTrust Properties Inc. nka AmFin Properties Inc. (Case No. 09-21329) and AmTrust Management Inc. nka AmFin Management Inc. (Case No. 09-21332).

**In re: AmFin Properties Inc.**
**Case No. 09-21329**
*AMENDED* Schedule F
Creditors Holding Unsecured Claims

| Creditor Name | Address | City | State | Zip | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|
| AMTRUST REAL ESTATE INVESTMENTS INC | 25700 SCIENCE PARK DR STE 365 | BEACHWOOD | OH | 44122 | | | | $47,229.75 |
| AMTRUST REAL ESTATE INVESTMENTS INC | 25700 SCIENCE PARK DR STE 365 | BEACHWOOD | OH | 44122 | | | | $7,536,256.54 |
| | | | | | | | TOTAL: | $7,583,486.29 |

6/22/2011 3:05 PM
1 of 1    CLEVELAND-#1227069-v2-AmFin_API_Revised_Schedule_F.XLS
09-21323-pmc    Doc 1065    FILED 06/22/11    ENTERED 06/22/11 15:30:28    Page 2 of 2